IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rita Logan, o/b/o D.L.,                           :
                                                  :
              Plaintiff(s),                       :
                                                  :      Case Number: 1:12cv672
       vs.                                        :
                                                  :      Chief Judge Susan J. Dlott
Commissioner of Social Security,                  :
                                                  :
              Defendant(s).                       :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on January 10, 2014 (Doc. 21), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired January 27, 2014, hereby

ADOPTS said Report and Recommendation.

Accordingly, the Equal Access to Justice Act fee petition is **GRANTED** and plaintiff is

**AWARDED** $3,145.00 in attorney fees and $350.00 in costs for a total of $3,495.00.

IT IS SO ORDERED.


____s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court